1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CINDY MARIE HERMAN, | Case No.  1:20-cv-00569-SAB |
| Plaintiff, | ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

12
13
14
15
16

17     On April 14, 2020, General Order Number 615 issued staying all Social Security actions

18   filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of

19   Appellate Hearings Operations and may resume preparation of a certified copy of the

20   administrative record.

21     On April 20, 2020, Cindy Marie Herman ("Plaintiff") filed this action seeking judicial

22   review of a final decision of the Commissioner of Social Security ("Commissioner") denying an

23   application for disability benefits pursuant to the Social Security Act.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order

2  Number 615, this action has been stayed and the stay will be automatically lifted when the

3  Commissioner files the certified copy of the administrative record.  See E.D. Cal. G.O. No. 615,

4  ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific

5  case).

6

7  IT IS SO ORDERED.

8  Dated:   **June 5, 2020**

   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2