# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CINDY MARIE HERMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-00569-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 17) |

On December 17, 2020, a stipulation for the award of attorney fees was filed in this action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees and expenses in the amount of TWO HUNDRED FORTY-EIGHT DOLLARS and 12/100 ($248.12) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **December 17, 2020**

UNITED STATES MAGISTRATE JUDGE